United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 25-17594-JGR

Alicia Jane Edwards                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 769 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jane Edwards, 1609 Zebulon Drive Apt 112, Colorado Springs, CO 80910-1692 |
| 19997048 | + | Chase, PO Box 6924, Carol Stream, IL 60197-6924 |
| 19997050 | | Citibank, PO Box 730394, Saint Louis, MO 63179 |
| 19997051 | + | Coehn Esrey, 8500 Shawnee Mission Pkwy Ste 150, Mission, KS 66202-2958 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: geoff@atzbachlaw.com | Nov 20 2025 23:01:00 | Geoffrey H. Atzbach, Geoffrey H. Atzbach, P.C., 6208 Lehman Drive, Suite 215, Colorado Springs, CO 80918 |
| tr | + | Email/Text: harvey.sender@txitrustee.com | Nov 20 2025 23:02:00 | Harvey Sender, Harvey Sender, Trustee, 600 17th Street, Ste 2800 South, Denver, CO 80202-5428 |
| 19997044 | + | Email/Text: legal@arsnational.com | Nov 20 2025 23:02:00 | ARS National Services, PO box 469100, Escondido, CA 92046-9100 |
| 19997045 | + | EDI: CAPITALONE.COM | Nov 21 2025 03:43:00 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 19997047 | + | EDI: CAPITALONE.COM | Nov 21 2025 03:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 19997049 | + | EDI: CITICORP | Nov 21 2025 03:43:00 | Citi Card, PO Box 60701, City of Industry, CA 91716-0701 |
| 19997052 | + | EDI: JPMORGANCHASE | Nov 21 2025 03:43:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 19997053 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2025 23:01:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 19997054 | + | EDI: SYNC | Nov 21 2025 03:43:00 | Synchrony Bank/ ABT, PO Box 71715, Philadelphia, PA 19176-1715 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19997046 | *+ | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 1082-1                    User: admin                    Page 2 of 2
Date Rcvd: Nov 20, 2025                 Form ID: 769                    Total Noticed: 13

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Geoffrey H. Atzbach | on behalf of Debtor Alicia Jane Edwards geoff@atzbachlaw.com |
| Harvey Sender | HSender@Sendersmiley.com  Hsender@sendersmiley.com;ecf.alert+sender@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | **Alicia Jane Edwards** | Social Security number or ITIN:   xxx-xx-1267 |
| | First Name   Middle Name   Last Name | EIN:   __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   __-_____ |
| United States Bankruptcy Court:   District of Colorado | | Date case filed for chapter:   7   11/19/25 |
| Case number:   **25-17594-JGR** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alicia Jane Edwards | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1609 Zebulon Drive Apt 112<br>Colorado Springs, CO 80910 | | |
| 4. | **Debtor's attorney**<br>Name and address | Geoffrey H. Atzbach<br>Geoffrey H. Atzbach, P.C.<br>6208 Lehman Drive<br>Suite 215<br>Colorado Springs, CO 80918 | | Contact phone 719-444-8464<br>Email geoff@atzbachlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harvey Sender<br>Harvey Sender, Trustee<br>600 17th Street<br>Ste 2800 South<br>Denver, CO 80202 | | Contact phone 303-454-0525<br>Email HSender@Sendersmiley.com |

The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

**For more information, see page 2 >**

Debtor  **Alicia Jane Edwards**                                        Case number **25-17594-JGR**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Hours open Monday - Friday 8:00 AM - 4:30 PM<br><br>Contact phone 720-904-7300<br><br>Date: 11/20/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 18, 2025** at **10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 937 836 4769, and Passcode 4293202864, OR call 1-720-287-7436**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  2/17/26** |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |